**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8550**

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

      v.

SHON CONNER WILLIAMS,

             Defendant – Appellant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Cameron McGowan Currie, District Judge.  (0:99-cr-00659-CMC-7)

Submitted: August 3, 2009          Decided:  August 19, 2009

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Shon Conner Williams, Appellant Pro Se.  Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shon Conner Williams seeks to appeal the district court's order denying his motion for reconsideration in sentencing challenging the extent of the district court's reduction of his sentence in granting the Government's motion pursuant to Fed. R. Crim. P. 35(b). We conclude that the extent of the district court's reduction is unreviewable on appeal. See 18 U.S.C. § 3742(a) (2006); United States v. Allen, 491 F.3d 178, 193 (4th Cir. 2007); United States v. Pridgen, 64 F.3d 147, 149 (4th Cir. 1995); United States v. Hill, 70 F.3d 321, 325 (4th Cir. 1995). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED